# UNITED STATES DISTRICT COURT
Eastern District of California

PABLO CARRANZA

            Plaintiff,

  v.

TOBY DOUGLAS, Director of the
Department of Health Care Services, State of
California DEPARTMENT OF HEALTH
CARE SERVICES

            Defendant.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 2:12CV2928 WBS

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is GRANTED.

The clerk is directed to file the complaint.

IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

ENTER this 5th day of December, 2012.

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE