# UNITED STATES DISTRICT COURT
Eastern District of California

PABLO CARRANZA

                 Plaintiff,

    v.

TOBY DOUGLAS, Director of the
Department of Health Care Services, State of
California DEPARTMENT OF HEALTH
CARE SERVICES

                 Defendant.

**AMENDED ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

CASE NUMBER: 2:12CV2928 WBS

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

☒ GRANTED

    ☒ The clerk is directed to file the complaint.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the plaintiff serve a copy of the complaint, summons and this order upon the defendant(s).

☐ DENIED, for the following reasons:

DATED: December 7, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE