1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  NIROMI W. PFEIFFER, State Bar No. 154216
   Supervising Deputy Attorney General
3  KARA READ-SPANGLER, State Bar No. 167532
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 327-0356
6    Fax: (916) 324-5567
     E-mail: Kara.ReadSpangler@doj.ca.gov
7  *Attorneys for Defendants Toby Douglas, Director of*
   *the Department of Health Care Services, State of*
8  *California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO CARRANZA,** | 2:12-cv-02928-WBS-GGH |
| Plaintiff, | **JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **TOBY DOUGLAS, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES,** | Courtroom: 5<br>Judge: The Hon. William B. Shubb<br><br>Action Filed: December 4, 2012 |
| Defendants. | |

Plaintiff Pablo Carranza and Defendants Toby Douglas, Director of the Department of Health Care Services and the State of California Department of Health Care Services (collectively, the Department) through their attorneys of record, file this joint stipulation to extend the time for the Department to file a responsive pleading in this matter.

The parties are currently engaged in settlement discussions. Accordingly, the parties jointly stipulate that the Department shall have until March 1, 2013, to file its responsive pleading in this

\ \ \

1

1  matter to provide the parties time to explore settlement.

3  Dated: January 18, 2013        K<small>AMALA</small> D. H<small>ARRIS</small>
   Attorney General of California
4  N<small>IROMI</small> W. P<small>FEIFFER</small>
   Supervising Deputy Attorney General

6                                 /s/ Kara Read Spangler

7                                 K<small>ARA</small> R<small>EAD</small>-S<small>PANGLER</small>
   Deputy Attorney General
8  *Attorneys for Defendants Toby Douglas,
   Director of the Department of Health Care
9  Services, State of California Department of
   Health Care Services*

12 Dated: January ___, 2013       DISABILITY RIGHTS CALIFORNIA

14                         By:    __/s/ Debra Marley_____
                                  DEBRA MARLEY
15                                *Attorneys for Plaintiff Pablo Carranza*

17     **IT IS SO ORDERED.**

18     DATED:    February 15, 2013

20                     WILLIAM B. SHUBB
21                     UNITED STATES DISTRICT JUDGE

25 SA2012108985
   11021410.doc

2