KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General
KARA READ-SPANGLER, State Bar No. 167532
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-0356
 Fax: (916) 324-5567
 E-mail: Kara.ReadSpangler@doj.ca.gov
*Attorneys for Defendants Toby Douglas, Director of the Department of Health Care Services, State of California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO CARRANZA,**<br><br>Plaintiff,<br><br>v.<br><br>**TOBY DOUGLAS, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | 2:12-cv-02928-WBS-GGH<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>Courtroom: 5<br>Judge: The Hon. William B. Shubb<br><br>Action Filed: December 4, 2012 |

Plaintiff Pablo Carranza and Defendants Toby Douglas, Director of the Department of Health Care Services and the State of California Department of Health Care Services (collectively, the Department) through their attorneys of record, file this joint stipulation to extend the time for the Department to file a responsive pleading in this matter.

The parties are currently engaged in settlement discussions. Accordingly, the parties jointly stipulate that the Department shall have until March 1, 2013, to file its responsive pleading in this

\ \ \

1

1  matter to provide the parties time to explore settlement.

3  Dated: January 18, 2013                    KAMALA D. HARRIS
                                              Attorney General of California
4                                             NIROMI W. PFEIFFER
                                              Supervising Deputy Attorney General

6                                             /s/ Kara Read Spangler

7                                             KARA READ-SPANGLER
                                              Deputy Attorney General
8                                             *Attorneys for Defendants Toby Douglas,
                                              Director of the Department of Health Care
9                                             Services, State of California Department of
                                              Health Care Services*

12  Dated: January ___, 2013                  DISABILITY RIGHTS CALIFORNIA

14                                     By:    __/s/ Debra Marley_____
                                              DEBRA MARLEY
15                                            *Attorneys for Plaintiff Pablo Carranza*

17  **IT IS SO ORDERED.**

18  DATED:   February 15, 2013

                                              WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE

25  SA2012108985
    11021410.doc

2