KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General
KARA READ-SPANGLER, State Bar No. 167532
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-0356
 Fax: (916) 324-5567
 E-mail: Kara.ReadSpangler@doj.ca.gov
*Attorneys for Defendants Toby Douglas, Director of the Department of Health Care Services, State of California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO CARRANZA,**<br><br>Plaintiff,<br><br>v.<br><br>**TOBY DOUGLAS, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES,**<br><br>Defendants. | 2:12-cv-02928-WBS-GGH<br><br>**JOINT STIPULATION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER**<br><br>Courtroom: 5<br>Judge: The Hon. William B. Shubb<br><br>Action Filed: December 4, 2012 |

Plaintiff Pablo Carranza and Defendants Toby Douglas, Director of the Department of Health Care Services and the State of California Department of Health Care Services (collectively, the Department) through their attorneys of record, file this joint stipulation to further extend the time for the Department to file a responsive pleading in this matter.

The parties are continuing to discuss settlement of this matter and believe that they have made significant progress towards settlement. The Department's responsive pleading currently must be filed on or before March 1, 2013. Accordingly, to provide the parties with time to

1

continue to discuss settlement and possibly to finalize any settlement, the parties jointly stipulate that the Department shall have to and including March 29, 2013, to file its responsive pleading in this matter.

Dated:  February 21, 2013

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General


/s/ Kara Read Spangler

KARA READ-SPANGLER
Deputy Attorney General
*Attorneys for Defendants Toby Douglas, Director of the Department of Health Care Services, State of California Department of Health Care Services*

Dated:  February 21, 2013

DISABILITY RIGHTS CALIFORNIA/
WESTERN CENTER ON LAW & POVERTY


/s/ Maria Iriarte
By: _____
MARIA IRIARTE/
ROBERT NEWMAN
*Attorneys for Plaintiff Pablo Carranza*

**IT IS SO ORDERED.**

DATED:   February 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

SA2012108985
11021410.doc

2

Joint Stipulation for Extension of Time to File Responsive Pleading & Order
(2:12-cv-02928-WBS-GGH)