KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General
KARA READ-SPANGLER, State Bar No. 167532
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-0356
 Fax: (916) 324-5567
 E-mail: Kara.ReadSpangler@doj.ca.gov
*Attorneys for Defendants Toby Douglas, Director of the Department of Health Care Services, State of California Department of Health Care Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PABLO CARRANZA,** | 2:12-cv-02928-WBS-GGH |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND [PROPOSED] ORDER** |
| v. | |
| **TOBY DOUGLAS, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES,** | Courtroom: 5<br>Judge: The Hon. William B. Shubb<br><br>Action Filed: December 4, 2012 |
| Defendants. | |

    Plaintiff Pablo Carranza and Defendants Toby Douglas, Director of the Department of Health Care Services and the State of California Department of Health Care Services (collectively, the Department) through their attorneys of record, file this joint stipulation to continue the status (pretrial scheduling) conference from April 1, 2013, at 2:00 p.m., by at least three weeks to a new and later date and time convenient for the Court.

    1.    The parties have been exchanging settlement proposals and are now even closer to reaching agreement on the final terms of the settlement. Based on these ongoing settlement negotiations, the parties previously stipulated that the Department would have up until and

1  including March 29, 2013, to file its responsive pleading to the complaint herein and the Court
2  granted that requested extension of time.  The status conference is, however, currently set for
3  April 1, 2013.
4      2.    Accordingly, to provide the parties with the additional time to finalize the settlement,
5  the parties jointly stipulate that the status conference be continued from April 1, 2013, at 2:00
6  p.m., by at least three weeks to a new and later date convenient for the Court.

Dated:  March 18, 2013

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General

/s/ Kara Read Spangler

KARA READ-SPANGLER
Deputy Attorney General
*Attorneys for Defendants Toby Douglas,
Director of the Department of Health Care
Services, State of California Department of
Health Care Services*

Dated:  March 18, 2013

DISABILITY RIGHTS CALIFORNIA
WESTERN CENTER ON LAW & POVERTY

/s/ Robert D. Newman
By: _____
ROBERT D. NEWMAN
*Attorneys for Plaintiff Pablo Carranza*

**IT IS HEREBY ORDERED** that the status conference shall be continued from April 1, 2013, at 2:00 p.m., to **April 29, 2013, at 2:00 p.m**.  A Joint Status Report shall be filed no later than April 15, 2013.

DATED:   March 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

Joint Stipulation to Continue Status Conference and [Proposed] Order (2:12-cv-02928-WBS-GGH)