1   KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California

2   NIROMI W. PFEIFFER, State Bar No. 154216
Supervising Deputy Attorney General

3   KARA READ-SPANGLER, State Bar No. 167532
Deputy Attorney General

4    1300 I Street, Suite 125
P.O. Box 944255

5    Sacramento, CA 94244-2550
Telephone:  (916) 327-0356

6    Fax:  (916) 324-5567
E-mail:  Kara.ReadSpangler@doj.ca.gov

7   *Attorneys for Defendants Toby Douglas, Director of*
*the Department of Health Care Services, State of*

8   *California Department of Health Care Services*

9

10          IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| | |
|---|---|
| 13 **PABLO CARRANZA,** | 2:12-CV-02928-WBS-CKD |
| 14 Plaintiff, | **NOTICE OF SETTLEMENT; STIPULATION TO STAY CASE** |
| 15 v. | **PENDING IMPLEMENTATION OF THE SETTLEMENT AGREEMENT;** |
| 16 | **[PROPOSED] ORDER** |
| 17 **TOBY DOUGLAS, Director of the Department of Health Care Services, State** | Courtroom:     5 |
| 18 **of California DEPARTMENT OF HEALTH CARE SERVICES,** | Judge:          The Hon. William B. Shubb |
| 19 Defendants. | Action Filed:  December 4, 2012 |

20

21       Pursuant to Local Rule 160, the parties hereby notify the court that they have settled the

22  above-captioned matter.  A true and correct copy of the fully executed settlement agreement is

23  attached as Exhibit A to this notice.  As indicated in paragraph 10 of the settlement agreement,

24  Plaintiff Pablo Carranza has agreed to dismiss the case within 30 days after defendants Toby

25  Douglas, Director of the Department of Health Care Services, State of California Department of

26  Health Care Services (collectively, the Department) pay the agreed upon attorneys' fees and

27  costs.

28       Accordingly, the parties, through their respective counsel, stipulate as follows:

1

1      1.    Subject to court approval, all proceedings in this case shall be stayed through August 1, 2013, by which time the parties anticipate that the Department will have paid the agreed upon attorneys' fees and costs and Plaintiff will have dismissed the lawsuit in accordance with paragraph 10 of the attached settlement agreement.

Dated:  March 29, 2013

KAMALA D. HARRIS
Attorney General of California
NIROMI W. PFEIFFER
Supervising Deputy Attorney General


/s/  Kara Read-Spangler

KARA READ-SPANGLER
Deputy Attorney General
*Attorneys for Defendants Toby Douglas,*
*Director of the Department of Health Care*
*Services, State of California Department of*
*Health Care Services*

Date: April 01, 2013

Dated:  March 29, 2013

DISABILITY RIGHTS CALIFORNIA
WESTERN CENTER ON LAW & POVERTY


/s/  Debra Marley
By:  _____
DEBRA MARLEY
ROBERT D. NEWMAN
*Attorneys for Plaintiff Pablo Carranza*

**IT IS ORDERED** that this case shall be stayed until August 1, 2013.  The status conference shall be continued from April 29, 2013, at 2:00 p.m., to **August 19, 2013, at 2:00 p.m**.  On or before,  **August 5, 201**3, the parties shall file a joint status report to update the Court on the status of the attorneys' fees and costs payment and of the dismissal.

Date:  April 01, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2