Debra Marley, State Bar No. 204842
Maria Iriarte, State Bar No. 150704
DISABILITY RIGHTS CALIFORNIA
1111 Sixth Avenue, Suite 200
San Diego, CA  92101
Telephone:  (619) 239-7861
FAX: (619) 239-7906
debra.marley@disabilityrightsca.org
maria.iriarte@disabilityrightsca.org

Melinda Bird, State Bar No. 102236
Jackie Coleman, State Bar No. 105570
DISABILITY RIGHTS CALIFORNIA
1831 K Street
Sacramento, CA 95811
Telephone: (916) 504-5800
FAX: (916) 504-5802
melinda.bird@disabilityrightsca.org
jackie.coleman@disabilityrightsca.org

Robert D. Newman, State Bar No. 86534
Mona Tawatao, State Bar No. 128779
Western Center on Law & Poverty
3701 Wilshire Street, Suite 208
Los Angeles, California 90010
Phone No. (213_ 487-7211
Fax No. (213) 487-0242
rnewman@wclp.org
mtawatao@wclp.org

Attorneys for Plaintiff PABLO CARRANZA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CARRANZA, | Case No.: 2:12-cv-02928-WBS-GGH |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| TOBY DOUGLAS, Director of the Department of Health Care Services, State of California DEPARTMENT OF HEALTH CARE SERVICES, | Courtroom:  5 <br> Judge:    The Hon. William B. Shubb |
| Defendants. | Action Filed: December 4, 2012 |

1   **IT IS HEREBY ORDERED** pursuant to the stipulation of the parties, that the
2   Complaint in Pablo v Douglas et al Case No. 2:12-cv-02928-WBS-GGH is
3   dismissed in its entirety.  The Parties shall each bear its or his own costs and fees,
4   except as otherwise set forth in the Settlement Agreement.
5
6   Dated:  August 1, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE